No. 24. TORRENTS ET AL. *v.* BATTISTINI ET AL.—Appeal from

the District Court of Aguadilla. Decided March 15, 1906. Appeal withdrawn at instance of appellant. *Mr. Vázquez* for appellant.